FILED
3/9/2023 2:35 PM
Kelly Ashmore
District Clerk
Grayson County

CV-23-0317

CAUSE NO. _____

| | | |
|---|---|---|
| AMY HENDERSON, INDIVIDUALLY AND AS NEXT FRIEND OF A.B., A MINOR, AND JOSEPH HENDERSON<br>*PLAINTIFFS* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE DISTRICT COURT<br><br>Grayson County - 397th District Court<br><br>___ JUDICIAL DISTRICT |
| VS. | | |
| CODY SHANE BRAWLEY AND CYCLONE TRUCKING COMPANY, INC<br>*DEFENDANTS* | | GRAYSON COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, AMY HENDERSON, INDIVIDUALLY AND AS NEXT FRIEND OF A.B., A MINOR, AND JOSEPH HENDERSON (hereinafter collectively referred to as "Plaintiffs") complaining of CODY SHANE BRAWLEY AND CYCLONE TRUCKING COMPANY, INC. ("Defendants") for cause of action would respectfully show unto the Court as follows:

Discovery is intended to be conducted under Level 3 of TEXAS RULES OF CIVIL PROCEDURE 190.

### I. PARTIES

1.1     Plaintiff Amy Henderson is an individual and resident of Denison, Texas. The last three digits of Plaintiff's Driver's License Number are 017. The last three digits of Plaintiff's Social Security Number are 536.

1.2     Plaintiff Joseph Henderson is an individual and resident of Denison, Texas. The last three digits of Plaintiff's Social Security Number are 257.

1.3    Plaintiff A.B., A MINOR, is an individual and resident of Denison, Texas.

1.4    Defendant, Cody Shane Brawley is an individual and resident of Wilson, Oklahoma, and may be served with citation at his place of residence, 2016 Bull Run, Wilson, OK 73463, and may be served by anyone over the age of eighteen (18) who is not a party to this suit.

1.5    Defendant, Cyclone Trucking Company, Inc. is Domestic for Profit Business Corporation with its principal place of business and corporate headquarters at 1297 Smiley Road, Madill, Oklahoma 73446. Cyclone Trucking may be served with citation by serving its registered agent, Kathleen A. Moore at 1297 Smiley Road, Madill, Oklahoma 73446 and may be served by anyone over the age of eighteen (18) who is not a party to this suit.

## II. JURISDICTION

2.1    The Court has jurisdiction over Defendants because Defendants have substantial and ongoing ties to the state of Texas and were involved in a motor vehicle collision in the state.

2.2    The Court has jurisdiction over the amount in controversy because the damages are within the jurisdictional limits of the Court.

2.3    Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff seeks monetary relief over $250,000.00, but not more than $1,000,000.00.

## III. VENUE

3.1    Venue is proper in Grayson County because Grayson County is the county in which all or a substantial part of the events or omissions giving rise to the claims occurred.

## IV. FACTS

4.1    Plaintiffs bring this suit to recover damages for personal injuries sustained by Plaintiffs in a collision that occurred in Grayson County, Texas on or about January 18, 2022, which collision was proximately caused by the negligence of the Defendant Cody Shane

Brawley. On Tuesday, January 18, 2022, Amy Henderson was driving her 2008 Dodge Caravan fitted with special equipment for her disabled husband. Mrs. Henderson's two children, Joseph and A. B., a minor, were in the vehicle. Mrs. Henderson was traveling westbound on Woodard Street toward the intersection with US Highway 69/Austin Street in Denison, Texas. That intersection is governed by a light, which was green for Ms. Henderson. As Ms. Henderson proceeded through the



*Figure 1 Henderson Vehicle*

intersection, Cody Brawley, driving a Kenworth 18-Wheeler northbound on Highway 69, ran his red light. The semi violently collided with the side of the Henderson's van.



*Figure 2 Cyclone Trucking Front End Damage*

Denison Police Officer Rustin Workman responded to the scene. Officer Workman spoke with three eyewitnesses to the collision, and all confirmed that Mr. Brawley ran the red light at the intersection. Mr. Brawley was subsequently placed at fault for the wreck. All of Plaintiffs' injuries and resultant medical care were the result of Defendant Brawley's negligent actions.

## V. FIRST CLAIM OF RELIEF
## NEGLIGENCE - DEFENDANT CODY SHANE BRAWLEY

5.1     Plaintiff would show that on the occasion in question, Defendant Brawley failed to use ordinary care by various acts and omissions, including the following, each of which, singularly or in combination with others, was a proximate cause of the occurrence in question:

a.     In traveling at an excessive rate of speed;

b.     In failing to keep a proper lookout;

c.     In failing to make a timely application of the brakes;



d.    In failing to turn the vehicle in order to avoid the collision;

e.    In failing to yield the right-of-way;

f.    In failing to safely park or stop the vehicle;

g.    In failing to obey traffic signs warning of approaching hazard or a traffic sign regulating the speed and movement of traffic;

h.    In failing to maintain an assured clear distance between the vehicles:

i.    In driving a commercial motor vehicle knowing that he was not properly qualified;

j.    In driving a commercial motor vehicle knowing he lacked the requisite experience and training to safely drive a commercial motor vehicle;

k.    In all things failing to act as a reasonable person using ordinary care in the same or similar circumstances.

5.2    Each of such acts or omissions, singularly or in combination with others, constitutes negligence and gross negligence on the part of Defendant Brawley which proximately caused the injuries and damages which Plaintiff now suffers.

5.2    Each of such acts or omissions, singularly or in combination with others, constitutes negligence on the part of the Defendant Brawley which proximately caused the injuries and damages which Plaintiffs now suffer.

## VI. SECOND CLAIM OF RELIEF
## NEGLIGENT ENTRUSTMENT - DEFENDANT CYCLONE TRUCKING COMPANY, INC.

6.1.    At the time and on the occasion in question, and immediately prior thereto, Defendant Cyclone Trucking Company Inc. was guilty of negligent entrustment, in that

Defendant Cyclone Trucking Company Inc. knew or should have known that Defendant Cody Shane Brawley was an incompetent and/or reckless driver. As a direct result of this negligent entrustment, Defendant Cody Shane Brawley caused the collision in question. Defendant Cody Shane Brawley was subsequently negligent in his operation of the vehicle, and such negligence was reasonably foreseeable at the time Defendant Cyclone Trucking Company Inc. gave Defendant Cody Shane Brawley permission to drive its vehicle.

6.2    Each of such acts or omissions, singularly or in combination with others, constitutes negligence on the part of Defendant Cyclone Trucking Company Inc. which proximately caused the injuries and damages which Plaintiffs now suffer.

## VII. NEGLIGENTSUPERVISING, TRAINING AND/OR RETAINING AN EMPLOYEE

7.1    Defendant Cyclone Trucking Company, Inc. owed Plaintiffs a legal duty to hire, supervise, train, and/or retain competent employees and/or agents. Defendant Cyclone Trucking breached this duty and the breach proximately caused the Plaintiffs' injuries and damages. Cyclone Trucking allowed Defendant Brawley to drive a commercial motor vehicle without properly qualifying Defendant Brawley. Defendant Cyclone Trucking did not perform any background or character verification as required by the Code of Federal Regulations.

## VIII. CAUSES OF ACTION AGAINST DEFENDANT CYCLONE TRUCKING COMPANY, INC.

8.1    At the time of the collision in question, Defendant Bawley was within the course and scope of his employment with Defendant Cyclone Trucking Company, Inc. Defendant Cyclone Trucking is responsible for the negligent acts of their employee pursuant to the doctrines of Respondeat Superior, Joint Venture and Agency.

## IX. DAMAGES

9.1    As a result of the collision described above and Defendants' negligence and other claims as stated herein, Plaintiffs received personal injuries and seek to recover all damages in amounts the jury finds to be fair and reasonable under the circumstances for following:

a.    Physical pain and suffering sustained in the past and, in all reasonable probability, that will be sustained in the future;

b.    Mental anguish and suffering sustained in the past and, in all reasonable probability, that will be sustained in the future;

c.    Past and future physical impairment resulting from the accident;

d.    Medical expenses Plaintiffs have incurred in the past;

e.    Medical expenses Plaintiffs will, in all reasonable probability, incur in the future;

f.    Loss of past earning capacity and loss of future earning capacity;

g.    Past and future disfigurement and scarring; and

h.    All other elements of damage to which Plaintiffs may be entitled to under the law.

## X. PRAYER

10.1    FOR THESE REASONS, Plaintiffs request that upon final trial Plaintiffs recover the following from Defendants:

a.    Judgment against Defendants for Plaintiffs' damages, as set forth above, in amounts the jury determines to be fair and reasonable;

b.    Interest on the judgment at the highest lawful rate from the date of judgment;

c.    Prejudgment interest on Plaintiffs' damages at the highest lawful rate;

d.    Costs of court; and



e.    Such other and further relief, both general and special, at law and in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**TATE REHMET LAW OFFICE, P.C.**
2902 N. US Hwy. 75
Sherman, Texas 75090
Phone: (903) 892-4440
Facsimile: (972) 387-2725
Email: service@tatelawoffices.com

By:    _____
**CHRISTOPHER REHMET**
State Bar No.: 24035414
**ATTORNEY FOR PLAINTIFF**

**KELLY ASHMORE**
**Grayson County District Clerk**
**Justice Center**
**200 S. Crockett**
**Sherman, TX  7090**

PARTY(S) ATTORNEY
**CHRISTOPHER REHMET**
**2902 North US Highway 75**
**Sherman TX  75090-0506**

# CITATION

## The State of Texas

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Cody  Shane  Brawley**
**2016 Bull Run Road**
**Wilson OK  73463**

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY** at or before ten o'clock a.m. on the Monday after the expiration of twenty days after the date of service of this citation before the Honorable **397th District Court** of Grayson County, Texas at the Justice Center of said County in Sherman, Texas. Said Plaintiff's Petition was filed in said court on the 9th day of March, 2023 this case, numbered **CV-23-0317** on the docket of said court, and styled:

Amy Henderson, Individually and As Next Friend of A.B., A Minor, and Joseph Henderson VS. Cody Shane Brawley and Cyclone Trucking Company, Inc.

The nature of the Plaintiff's demand is fully shown by a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY. accompanying this citation and make a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under hand and seal of said court at Sherman, Texas, 9th day of March, 2023.

**Kelly Ashmore**
District Clerk
Grayson County, Texas



Jamie Morris
Deputy



CV-23-0317

## SHERIFF'S RETURN

Came to hand on _____day of_____, _____, at
_____O'clock____. And executed in _____
County, Texas by delivering to each of the within-named defendant(s), in Person, a true copy of this citation, having first endorsed thereon the date of delivery, Together with the accompanying true and correct copy of the Plaintiff's Petition, at The following times and places, to-wit:

| NAME | Date Yr-Day-Yr | Time | Place, Course, Dist from Court House |
|------|----------------|------|--------------------------------------|
|      |                |      |                                      |

Type of Service: Personal   Posting   Publication   Other
Type of Paper: _____

And not executed as to the defendant, _____the
Diligence used in finding said defendant being _____and
The cause of failure to execute this process is _____and
The information received as to the whereabouts of the said defendant _____
_____

Fees – Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

## UNSERVED RETURN

Came to hand on _____, _____ at_____am/pm and was returned un-served to the issuing court after the following service attempts:

Date/Time            Location          Notes
_____
_____
_____

Fees – Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

## VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

State of Texas
County of _____

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,
by_____, this_____ day of_____, 20_____.


_____



**KELLY ASHMORE**
**Grayson County District Clerk**
**Justice Center**
**200 S. Crockett**
**Sherman, TX  7090**

**PARTY(S) ATTORNEY**
**CHRISTOPHER REHMET**
**2902 North US Highway 75**
**Sherman TX  75090-0506**

# CITATION

## The State of Texas

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

**Cyclone Trucking Company, Inc**
**Registered Agent – Kathleen A Moore**
**1297 Smiley Road**
**Madill OK  73446**

Greetings:

You are hereby commanded to appear by filing a written answer to the **PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY** at or before ten o'clock a.m. on the Monday after the expiration of twenty days after the date of service of this citation before the Honorable **397th District Court** of Grayson County, Texas at the Justice Center of said County in Sherman, Texas.  Said Plaintiff's Petition was filed in said court on the 9th day of March, 2023 this case, numbered **CV-23-0317** on the docket of said court, and styled:

Amy Henderson, Individually and As Next Friend of A.B., A Minor, and Joseph Henderson VS. Cody Shane Brawley and Cyclone Trucking Company, Inc.

The nature of the Plaintiff's demand is fully shown by a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY. accompanying this citation and make a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under hand and seal of said court at Sherman, Texas, 9th day of March, 2023.

**Kelly Ashmore**
District Clerk
Grayson County, Texas

*Jamie Morris*
Deputy



CV-23-0317

## SHERIFF'S RETURN

Came to hand on _____ day of_____, _____, at
_____O'clock ____. And executed in _____
County, Texas by delivering to each of the within-named defendant(s), in Person, a true copy of this citation, having first endorsed thereon the date of delivery, Together with the accompanying true and correct copy of the Plaintiff's Petition, at The following times and places, to-wit:

| NAME | Date Yr-Day-Yr | Time | Place, Course, Dist from Court House |
|------|----------------|------|--------------------------------------|
|      |                |      |                                      |

Type of Service:  Personal   Posting   Publication   Other
Type of Paper: _____

And not executed as to the defendant, _____the
Diligence used in finding said defendant being _____and
The cause of failure to execute this process is _____and
The information received as to the whereabouts of the said defendant _____
_____

Fees – Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

## UNSERVED RETURN

Came to hand on _____, _____at_____am/pm and was returned un-served to the issuing court after the following service attempts:

Date/Time             Location          Notes
_____
_____
_____

Fees – Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

## VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

State of Texas
County of_____

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,
by_____, this_____ day of_____, 20_____.

_____



FILED
3/14/2023 4:57 PM
Kelly Ashmore
District Clerk
Grayson County

**KELLY ASHMORE**
**Grayson County District Clerk**
**Justice Center**
**200 S. Crockett**
**Sherman, TX  7090**

PARTY(S) ATTORNEY
**CHRISTOPHER REHMET**
**2902 North US Highway 75**
**Sherman TX  75090-0506**

# CITATION

## The State of Texas

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Cody Shane Brawley
2016 Bull Run Road    2610
Wilson OK 7346
2610 Bull Run Road

Greetings:

You are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY at or before ten o'clock a.m. on the Monday after the expiration of twenty days after the date of service of this citation before the Honorable 397th District Court of Grayson County, Texas at the Justice Center of said County in Sherman, Texas. Said Plaintiff's Petition was filed in said court on the 9th day of March, 2023 this case, numbered CV-23-0347 on the docket of said court, and styled:

Amy Henderson, Individually and As Next Friend of A.B., A Minor and Joseph Henderson VS. Cody Shane Brawley and Cyclone Trucking Company, Inc.

The nature of the Plaintiff's demand is fully shown by a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY. accompanying this citation and make a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under hand and seal of said court at Sherman, Texas, 9th day of March, 2023.

**Kelly Ashmore**
District Clerk
Grayson County, Texas

*Jamie Morris*
Deputy



CV-23-0317

## SHERIFF'S RETURN

Came to hand on ___10___ day of ___March___, ___2023___, at
___230___ O'clock ~~AM~~ PM And executed in ___Carter___
County, ~~Texas~~ by delivering to each of the within-named defendant(s), in Person, a true copy of this citation, having first endorsed thereon the date of delivery, Together with the accompanying true and correct copy of the Plaintiff's Petition, at The following times and places, to-wit:

| NAME | Date Yr-Day-Yr | Time | Place, Course, Dist from Court House |
|------|----------------|------|--------------------------------------|
| Cody Brawley | 3-13-2023 | 1130 Am | 2016 Bull Run Road, Wilson OK - 105 m. bc |

Type of Service: (Personal)  Posting  Publication  Other
Type of Paper: _Plaintiff Original Petition with Written Discovery_

And not executed as to the defendant, _____ the
Diligence used in finding said defendant being _____ and
The cause of failure to execute this process is _____ and
The information received as to the whereabouts of the said defendant _____

Fees - Serving _____
___Grayson___, County, Texas
_Process Server_
Sheriff/Constable/Police Chief
_Steve Atkins, P.S._
~~Deputy~~

## UNSERVED RETURN

Came to hand on _____, _____ at_____ am/pm and was returned un-served to the issuing court after the following service attempts:

Date/Time          Location          Notes
_____
_____
_____

Fees - Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

### VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

State of Texas
County of ___Grayson___

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,
by ___Steve Atkins___, this _14th_ day of ___March___, 20_23_.

_Shera Dell DeMay_

Notary Public
State of Texas
Shera Dell DeMay
Exp. 11/20/2025
ID No. 131356227



FILED
3/14/2023 4:57 PM
Kelly Ashmore
District Clerk
Grayson County

**KELLY ASHMORE**
**Grayson County District Clerk**
**Justice Center**
**200 S. Crockett**
**Sherman, TX  7090**

**PARTY(S) ATTORNEY**
**CHRISTOPHER REHMET**
**2902 North US Highway 75**
**Sherman TX  75090-0506**

# CITATION

### The State of Texas

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Cyclone Trucking Company, Inc.
Registered Agent - Kathleen A Moore
1297 Smiley Road
Madill OK  73446

Greetings:

You are hereby commanded to appear by filing a written answer to the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY at or before ten o'clock A.M. on the Monday after the expiration of twenty days after the date of service of this citation before the Honorable 397th District Court of Grayson County, Texas at the Justice Center of said County in Sherman, Texas. Said Plaintiff's Petition was filed in said court on the 9th day of March, 2023 this case numbered CV-23-0817 on the docket of said court, and styled:

Amy Henderson, Individually and As Next Friend of A.B., A Minor, and Joseph Henderson VS. Cody Shane Brawley and Cyclone Trucking Company, Inc.

The nature of the Plaintiff's demand is fully shown by a true and correct copy of the PLAINTIFFS' ORIGINAL PETITION WITH WRITTEN DISCOVERY. accompanying this citation and make a part hereof.

The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under hand and seal of said court at Sherman, Texas, 9th day of March, 2023.

**Kelly Ashmore**
District Clerk
Grayson County, Texas

*Jamei Morris*
Deputy



CV-23-0317

## SHERIFF'S RETURN

Came to hand on ___10___ day of __March__, 2023, at
__230__ O'clock __pm__. And executed in __Marshall__
County, ~~Texas~~ *OK* by delivering to each of the within-named defendant(s), in Person, a true copy of this citation, having first endorsed thereon the date of delivery, Together with the accompanying true and correct copy of the Plaintiff's Petition, at The following times and places, to-wit:

| NAME | Date Yr-Day-Yr | Time | Place, Course, Dist from Court House |
|------|----------------|------|--------------------------------------|
| Cyclone Trucking Co Inc. Reg Agent: Kathleen Moore | 3-13-2023 | 850A | 1297 Smiley Road Madill, Ok -Personally 50 miles |

Type of Service: Personal, Posting   Publication   Other
Type of Paper: Plaintiffs Original Petition with Written Discovery

And not executed as to the defendant, _____ the
Diligence used in finding said defendant being _____ and
The cause of failure to execute this process is _____ and
The information received as to the whereabouts of the said defendant _____

Fees – Serving _____
__Grayson__, County, Texas

__Process Server__
Sheriff/Constable/Police Chief

_____
Deputy

## UNSERVED RETURN

Came to hand on _____, _____ at _____ am/pm and was returned un-served to the issuing court after the following service attempts:

| Date/Time | Location | Notes |
|-----------|----------|-------|
|           |          |       |
|           |          |       |

Fees – Serving _____
_____, County, Texas

_____
Sheriff/Constable/Police Chief

_____
Deputy

### VERIFICATION OF RETURN (IF NOT SERVED BY PEACE OFFICER)

State of Texas,
County of __Grayson__

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public,
by __Steve Atkins__, this __14th__ day of __March__, 20__23__.

__Shera Dell DeMay__

NOTARY PUBLIC
Shera Dell DeMay
Exp. 11/20/2025
ID No. 131356227
STATE OF TEXAS

DISTRICT COURT OF GRAYSON COUNTY, TEXAS

